## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**ELBERT L. GRIFFIN**                                            **PLAINTIFF**

v.          No. 5:06-CV-2014 GH

**TYSON FOODS, INC.**                                       **DEFENDANT**

### ORDER

Upon joint motion of Plaintiff and Defendant, and for good cause shown, the discovery cutoff date and date for filing dispositive motions is extended from April 18, 2007, until April 20, 2007.

IT IS SO ORDERED this 10th day of April, 2007.

                                               _____
                                               Honorable George Howard, Jr.

**APPROVED:**

**JOANNE M. McCRACKEN**
McCracken Law Firm
14909 N. Oak Street
Garfield, Arkansas 72732
Phone: (479) 359-1300 / Fax: (479) 359-1308


By: /s/ Joanne M. McCracken
       Joanne M. McCracken
Attorney for the Plaintiff, Elbert Griffin

**and**

**SCOTTY SHIVELY**
**Cross, Gunter, Witherspoon & Galchus, P.C.**
500 President Clinton Avenue, Suite 200
Little Rock, Arkansas 72203
Phone: (501) 371-9999 / Fax: (501) 371-0035


By: /s/ Scotty Shively

Scotty Shively (AR Bar No. 81144)
Attorney for Defendant, Tyson Foods, Inc.